PAUL D. SCOTT, ESQ.
pdscott@lopds.com
California Bar Number 145975
LANI ANNE REMICK, ESQ.
laremick@lopds.com
California Bar Number 189889
LAW OFFICES OF PAUL D. SCOTT, P.C.
Pier Nine, Suite 100
The Embarcadero
San Francisco, CA 94111
Phone: (415)981-1212
Fax:   (415)981-1215

Attorneys for *Qui Tam* Plaintiff
Terry Donath

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* TERRY DONATH and STATE OF CALIFORNIA *ex rel.* TERRY DONATH,<br><br>            Plaintiffs,<br><br>     v.<br><br>WHITESTONE CORPORATION, CAPRICORN HOLDINGS, INC., HARTMANN USA, INC., PAUL HARTMANN AG, SHIELD HEALTHCARE, KOBAYASHI PHARMACEUTICAL CO., LTD., DHARMA VENTURES GROUP, INC., AND A-MED HEALTHCARE CENTER,<br><br>            Defendants. | NO. SACV 07-0995 DOC (JTLx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF HARTMANN USA, INC.** |

    WHEREAS, on or about August 23, 2007, the Relator in this action Terry Donath ("Relator") filed a Complaint under the False Claims Act, 31 U.S.C. 3729 *et seq.,* and the California

1

False Claims Act, Cal. Gov't Code §§ 12650, *et seq.,* against defendants Shield Healthcare, Kobayashi Pharmaceutical Co., Ltd., Whitestone Corporation, Capricorn Holdings, Inc., and A-Med Healthcare; and

    WHEREAS, on or about April 19, 2010, the Relator filed a First Amended Complaint against defendants Shield Healthcare, Kobayashi Pharmaceutical Co., Ltd., Dharma Ventures Group, Inc., Whitestone Corporation, Capricorn Holdings, Inc., Hartmann USA, Inc., Paul Hartmann AG, and A-Med Healthcare; and

    WHEREAS, on or about July 10, 2012, defendants Paul Hartmann AG, Whitestone Corporation, and Capricorn Holdings, Inc. were dismissed from the case;

    WHEREAS, the United States and the State of California (collectively referred to as "the Governments"), defendant Hartmann USA, Inc., and Relator (all of which are collectively referred to as "the Parties") have entered into a Settlement Agreement dated December 31, 2012 ("the Settlement Agreement"); and

    WHEREAS, the Parties agreed that, after the Governments' and Counsel for Relator's receipt from Hartmann USA, Inc. of the settlement amounts set forth in the Settlement Agreement, a stipulation would be filed requesting that the Court dismiss the case against Hartmann USA, Inc. subject to and consistent with the terms of the Settlement Agreement; and

    WHEREAS, Hartmann USA, Inc. has satisfied its obligation to pay the settlement amounts to the Governments and to Counsel for Relator as set forth in the Settlement Agreement;

    NOW THEREFORE, IT IS HEREBY ORDERED that, in accordance with and subject to the parties' Settlement Agreement, Counts I through X of the First Amended Complaint (the federal False Claims Act counts) against Hartmann USA, Inc. are DISMISSED WITH PREJUDICE as to the United States and Relator, and Counts XI through XVI of the First Amended Complaint (the California False Claims Act counts) against Hartmann USA, Inc. are DISMISSED WITH PREJUDICE as to the State of California and Relator; and it is further

    ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and to resolve, pursuant to 31 U.S.C. § 3730(d) and Cal. Gov't Code § 12652(g), any disputes regarding Relator's statutory share from the United States or the State of California, which disputes may be raised with the Court by motion.

    IT IS SO ORDERED.

DATED: January 23, 2013

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE